UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA



MINUTE ENTRY

08-05041 East Cameron Partners, LP v. Louisiana Offshore Holding, LLC et al   (ap) Lead case: 08-51207 East Cameron Partners, LP

Motion to Dismiss Adversary Proceeding on behalf of East Cameron Gas Company

APPEARANCES:

Benjamin W. Kadden and Stewart F. Peck representing East Cameron Partners
Lisa Hedrick representing Louisiana Offshore Holding
Joseph P. Hebert and Lou Strubeck and Mark Platt representing Sukuk certificate holders & East Cameron Gas
Michael Piper for Unsecured Creditors' Committee

RULING: Motion to dismiss is granted as announced in court. The court will permit the plaintiff to file an amended complaint, which shall be filed within 30 days.

ORDER TO BE PREPARED BY: Hebert


Date:  March 24, 2009